[No. 59590-3-I.   Division One.   April 14, 2008.]

*In the Matter of the Marriage of* JENNIFER BOSSERMAN, *Appellant*, and BRIAN BOSSERMAN, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 03-3-06395-2, Suzanne M. Barnett, J., entered March 30, 2007. *Affirmed* by unpublished opinion per Schindler, C.J., concurred in by Becker and Dwyer, JJ.

[No. 59592-0-I.   Division One.   April 14, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN E. WHITEHEAD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-09303-4, Linda Lau, J., entered January 29, 2007. *Dismissed* by unpublished per curiam opinion.

[No. 59721-3-I.   Division One.   April 14, 2008.]

DARRELL PEEBLES ET AL., *Appellants*, v. RODLAND TOYOTA, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 05-2-13565-2, Richard J. Thorpe, J., entered February 21, 2007. *Affirmed* by unpublished opinion per Agid, J., concurred in by Schindler, C.J., and Lau, J.

[No. 59869-4-I.   Division One.   April 14, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. CEASAR A. VALDOVINOS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-8-04538-8, Carol A. Schapira, J., entered March 21, 2007. *Dismissed* by unpublished per curiam opinion.